**Clairenite GEORGES, Carine Georges Petitioners,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 97–71164.

I & NS A72 849 379, A72 844 675.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 12, 1999.

Decided Aug. 31, 2001.

Before B. FLETCHER, REINHARDT, and THOMAS, Circuit Judges.

### ORDER [1]

Because petitioners' status has been adjusted to that of lawful permanent residents, the petition for review is dismissed as moot.

---

1. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Cir. R. 36–3.

